# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DEWAYNE GARRETT,<br><br>Petitioner,<br>v.<br><br>RAYTHEL FISHER, Warden,<br><br>Respondent. | Case No. CV 16-05886 AFM<br><br>**JUDGMENT** |

Pursuant to the Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 21, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE